GEORGE G. WEICKHARDT (SBN 58586)
Email: gweickhardt@rmkb.com
WENDY C. KROG (SBN 257010)
Email: wkrog@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued
herein as JP MORGAN CHASE BANK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN ROTHSCHILD,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK,<br>JP MORGAN CHASE BANK,<br><br>    Defendants. | CASE NO. CV09-5514 R<br><br>**JUDGMENT** |

The Court having granted defendant Chase Bank USA, N.A.'s motion to dismiss the complaint on the grounds that the Court has no subject matter jurisdiction over the action because plaintiff failed to file a claim in the FDIC and otherwise exhaust the administrative process, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of defendant Chase Bank USA, N.A. and against plaintiff Elan Rothschild; and

2. Chase Bank USA, N.A., shall recover its taxable costs.

Dated: Oct. 7, 2009

_____
HON. MANUEL REAL
U.S. District Court Judge

RC1/5393238.1/WK1                                                      [PROPOSED] JUDGMENT